Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON VOGTS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FOLGER ROOFING & CONSTRUCTION CO., INC., a California Corporation; and DOES 1-10,<br><br>Defendants. | Case No.<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br><u>Jury Trial Demanded</u> |

Plaintiff Brandon Vogts, through counsel, hereby prays to this honorable Court for relief based on the following:

**<u>JURISDICTION AND VENUE</u>**

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b) and 1400(a) because a substantial part of the acts and omissions giving rise to the claims occurred in this judicial district.

## PARTIES

4. Plaintiff Brandon Vogts is a professional photographer presently residing in Los Angeles, California. Vogts specializes in photographing real estate and architecture.

5. Upon information and belief, Defendant Folger Roofing & Construction Company, Inc. is a California corporation with a principal place of business located at 18435 Bryant Street, Northridge, CA 91325. Folger owns, operates, and/or controls the commercial website folgerroofing.com.

6. Upon information and belief, Defendants DOES 1- 10 are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful acts alleged herein. The true names, whether corporate, individual, or otherwise, of DOE Defendants are presently unknown to Plaintiff, who therefore sues said DOE Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7. Upon information and belief, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each and all of the acts or conduct alleged, with full knowledge of each and every violation of Plaintiff's rights and the damages proximately caused thereby.

## DEFENDANTS' INFRINGEMENT OF THE SUBJECT PHOTOGRAPHS

8. Vogts took and owns an original photograph registered with the U.S. Copyright Office (the "Subject Photograph").

9. Following the publication and display of the Subject Photograph, Defendants (and each of them) copied and displayed verbatim copies of the Subject Photograph for commercial purposes on folgerroofing.com without Vogts' permission (collectively, the "Accused Posts"):

| Subject Photograph | Accused Posts |
|---|---|
|  |  www.folgerroofing.com<br><br>www.folgerroofing.com/assets/1000_650_anita.png |

10. In September 2025, Vogts sent correspondence to Folger demanding that it remove the Accused Posts and provide information regarding the unauthorized exploitation of the Subject Photograph to explore an amicable resolution without litigation. Folger did not respond, necessitating this action.

## FIRST CLAIM FOR RELIEF

**(For Copyright Infringement – Against All Defendants, and Each)**

11. Vogts incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

12. Upon information and belief, Defendants, and each of them, had access to Subject Photograph, including through (a) access to Vogts' publicly accessible website; (b) multiple listing services; (c) a third-party website; (d) an authorized licensee of the

Subject Photograph; (e) internet search engine; and/or (f) because the Accused Posts are verbatim copies of, and thus strikingly similar to, the Subject Photograph.

13. Defendants, and each of them, displayed, distributed, and/or otherwise used the Subject Photographs for commercial purposes without Plaintiff's permission.

14. Due to Defendants' (and each of their) acts of copyright infringement, Plaintiff has damages in an amount to be established at trial.

15. Due to Defendants' (and each of their) acts of copyright infringement, Defendants, and each of them, have obtained profits they would not have realized but for their infringement. As such, Plaintiff is entitled to disgorgement of Defendants' profits attributable to their infringement in an amount to be established at trial.

16. Upon information and belief, Defendants, and each of them, committed copyright infringement with actual or constructive knowledge of, or in reckless disregard or willful blindness for, Plaintiff's copyrights, such that said acts of copyright infringement were willful, including because Folger continues to display at least one of the Accused Posts as of the date of this submission.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows against all Defendants and with respect to each claim for relief:

a. An Order declaring that Defendants infringed Plaintiff's copyrights in the Subject Photographs;

b. That Plaintiff be awarded all Defendants' profits, plus all Plaintiff's losses, attributable to the infringement, the exact sum to be proven at the time of trial; or alternatively, statutory damages as available under 17 U.S.C. § 504;

c. That Plaintiff be awarded his reasonable attorneys' fees as available under 17 U.S.C. § 505;

d. That Plaintiff be awarded his recoverable costs in this action;

e. That Plaintiff be awarded pre-judgment interest as allowed by law; and

      f.      That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

### JURY DEMAND

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: December 5, 2025        By:    /s/ *Stephen M. Doniger*
                                                      Stephen M. Doniger, Esq.
                                                      Benjamin F. Tookey, Esq.
                                                      *Attorneys for Plaintiff*